IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02172-BNB

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff La Plata County Colorado, in his Individual
    and Professional Capacities,
BOBBIE FENDER, in his Individual and Professional Capacities,
AMBER FENDER, in her Individual and Professional Capacities,
STEVE SCHMIDT, in his Individual and Professional Capacities,
MELVIN SCHAFF, in his Individual and Professional Capacities,
CHARLES HAMBY, in his Individual and Professional Capacities, and
SEAN SMITH, in his Individual and Professional Capacities, and

    Defendants.

---

## ORDER DRAWING CASE

---

Plaintiffs, Bonner Robinette and Shirley Robinette, by and through their counsel, have filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 alleging violations of their constitutional rights. Each Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Court reviewed the Complaint under § 1915 and found it to be deficient. In a December 15, 2010 Order, the Court directed Plaintiffs to file an Amended Complaint. Plaintiffs were thereafter granted an extension of time and filed their Amended Complaint on February 18, 2011. The Court has reviewed the Amended Complaint and has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02172-BNB

Lynda E. Carter
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 24, 2011.

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                                  Deputy Clerk