IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff, La Plata County Colorado, in his individual and professional capacities,
BOBBIE FENDER, in his individual and professional capacities,
AMBER FENDER, in her individual and professional capacities,
STEVE SCHMIDT, in his individual and professional capacities,
MELVIN SCHAFF, in his individual and professional capacities,
CHARLES HAMBY, in his individual and professional capacities, and
SEAN SMITH, in his individual and professional capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Leave to Amend Amended Complaint and Join Parties** [Docket No. 72; Filed October 31, 2012]; on Plaintiffs' **Third Motion for Amended Complaint and Jury Demand on All Counts** [Docket No. 84; Filed December 19, 2012] (collectively, the "Motions to Amend"); and on Defendants' **Motion to Strike Plaintiffs' Latest Amended Complaint** [Docket No. 88; Filed January 9, 2013] (the "Motion to Strike"). Based on entry of appearance by counsel on behalf of the formerly *pro se* Plaintiffs,

    IT IS HEREBY **ORDERED** that the Motions to Amend [#72, #84] are **DENIED without prejudice**. If so desired, Plaintiffs' counsel may file a new motion to amend **on or before February 27, 2013**.

    IT IS FURTHER **ORDERED** that the Motion to Strike [#88] is **DENIED as moot**.

    Dated: January 28, 2013