IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff, La Plata County Colorado, in his individual and professional capacities,
BOBBIE FENDER, in his individual and professional capacities,
AMBER FENDER, in her individual and professional capacities,
STEVE SCHMIDT, in his individual and professional capacities,
MELVIN SCHAFF, in his individual and professional capacities,
CHARLES HAMBY, in his individual and professional capacities, and
SEAN SMITH, in his individual and professional capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Vacate Scheduling Order and Stay Deadlines, and Request for Status Conference** [Docket No. 95; Filed January 28, 2013] (the "Motion"). Plaintiffs provide insufficient information regarding their efforts to comply with D.C.COLO.LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 635-36 (D. Colo. 2003) (Rule 7.1A requires "meaningful negotiations" by the parties; "[t]he rule is not satisfied by one party sending a single e-mail[, letter, or voice message] to another party"). Plaintiffs merely state that "undersigned counsel attempted to confer with Defendants' counsel regarding this motion, but was unable to reach Defendants' counsel." *Motion* [#95] at 2. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#95] is **DENIED without prejudice**.

    Dated: January 30, 2013