IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff, La Plata County Colorado, in his individual and professional capacities,
BOBBIE FENDER, in his individual and professional capacities,
AMBER FENDER, in her individual and professional capacities,
STEVE SCHMIDT, in his individual and professional capacities,
MELVIN SCHAFF, in his individual and professional capacities,
CHARLES HAMBY, in his individual and professional capacities, and
SEAN SMITH, in his individual and professional capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate Scheduling Order and Stay Deadlines, and Request for Status Conference** [Docket No. 100; Filed January 31, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#100] is **GRANTED in part**, as outlined below.

    IT IS FURTHER **ORDERED** that the following deadlines set by the Court on September 27, 2012 [#68] are **VACATED**: (1) Affirmative Expert Disclosure Deadline of February 15, 2013; (2) Rebuttal Expert Disclosure Deadline of March 15, 2013; (3) Discovery Deadline of April 1, 2013; and (4) Dispositive Motions Deadline of May 15, 2013.

    IT IS FURTHER **ORDERED** that a Status Conference is **SET** for **March 11, 2013** at **2:00 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. At the Status Conference, the parties shall be prepared to discuss the setting of new deadlines.

    Dated: January 31, 2013