**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff, La Plata County Colorado, in his Individual and Professional Capacities,
BOBBIE FENDER, in his Individual and Professional Capacities,
AMBER FENDER, in his Individual and Professional Capacities,
STEVE SCHMIDT, in his Individual and Professional Capacities,
MELVIN SCHAFF, in his Individual and Professional Capacities,
CHARLES HAMBY, in his Individual and Professional Capacities, and
SEAN SMITH, in his Individual and Professional Capacities,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO KEEP CONFIDENTIAL
SETTLEMENT STATEMENT CONFIDENTIAL**

---

Thia matter is before the Court on Plaintiffs' Unopposed Motion to Keep Confidential Settlement Statement Confidential (Doc. # 116). It is hereby

ORDERED that the Motion (Doc. # 116) is GRANTED, and the referenced confidential statement delivered to the chambers of the magistrate judge on April 24, 2013, will not be filed publicly through CM/ECF but will be kept confidential.

DATED: April __26__, 2013

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge