**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff, La Plata County Colorado, in his Individual
   and Professional Capacities,
BOBBIE FENDER, in his Individual and Professional Capacities,
AMBER FENDER, in his Individual and Professional Capacities,
STEVE SCHMIDT, in his Individual and Professional Capacities,
MELVIN SCHAFF, in his Individual and Professional Capacities,
CHARLES HAMBY, in his Individual and Professional Capacities, and
SEAN SMITH, in his Individual and Professional Capacities,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO KEEP CONFIDENTIAL
SETTLEMENT STATEMENT CONFIDENTIAL**

---

Thia matter is before the Court on Plaintiffs' Unopposed Motion to Keep Confidential Settlement Statement Confidential (Doc. # 116).  It is hereby

ORDERED that the Motion (Doc. # 116) is GRANTED, and the referenced confidential statement delivered to the chambers of the magistrate judge on April 24, 2013, will not be filed publicly through CM/ECF but will be kept confidential.

    DATED:  April  26 , 2013

                                    BY THE COURT:

                                    */s/ Christine M. Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge