IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

       Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff, La Plata County Colorado, in his individual and
professional capacities,
ROBIN HARRINGTON, Under Sheriff, in her individual and professional capacities,
BOBBIE FENDER, in his individual and professional capacities,
AMBER FENDER, in her individual and professional capacities,
STEVE SCHMIDT, in his individual and professional capacities,
SEAN SMITH, in his individual and professional capacities,
MARTIN PETRIK, in his individual and professional capacities,
ROBERT PHIPPEN, in his individual and professional capacities,
CHARLES HAMBY, in his individual and professional capacities,
SHELLY WILLIAMS, in her individual and professional capacities,
TODD HUTCHINS, in his individual and professional capacities,
CHRIS BURKE, in his individual and professional capacities,
MATT WEBB, in his individual and professional capacities,
BRENDA TEBRINK, in her individual and professional capacities,
LUCIA SCHIRARD, (911 Dispatch), in her individual and professional capacities,
RICHARD GRAEBER, Pine River E.M.T., in his individual and professional capacities,
PAUL KOSNIK, County Attorney, in his individual and professional capacities,
KELLIE HOTTER, Past County Commissioner, in her individual and professional
capacities,
WALLY WHITE, Past County Commissioner, in his individual and professional capacities,
BOBBIE LIEB, Past and Present County Commissioner, in his individual and professional
capacities,
BOARD OF COUNTY COUNTY COMMISSIONERS,
GWEN LIEB, Member of the Present Board of County Commissioners, in her individual and
professional capacities,
JULIE WESTENDOR, Member of the Present Board of County Commissioners, in her
individual and professional capacities, and
PHIL CAMPBELL, Head of 911 Dispatch, in his individual and professional capacities,

       Defendants.

-1-

---

**ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the Order to Show Cause [#141] issued on September 12, 2013, in which Plaintiffs were ordered to provide addresses to allow the United States Marshal to effect service on Defendants Lucia Schirard, Richard Graeber, and Phil Campbell.  On September 26, 2013, Plaintiffs timely responded to the Order to Show Cause and provided the requisite addresses.  *Response* [#145].  Accordingly,

      IT IS HEREBY **ORDERED** that the Order to Show Cause [#141] is **DISCHARGED**.

      IT IS FURTHER **ORDERED** that, in accordance with the Court's previous Order [#134], the United States Marshal shall serve a copy of the Second Amended Complaint, Summons, this Order, and Order [#134] on the unserved Defendants using the addresses provided by Plaintiffs in the Response to the Order to Show Cause [#145].  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

Dated:  September 26, 2013

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge