IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

SYDNEY "DUKE" SCHIRARD, Sheriff, La Plata County Colorado, in his individual and professional capacities,
ROBIN HARRINGTON, Under Sheriff, in her individual and professional capacities,
BOBBIE FENDER, in his individual and professional capacities,
AMBER FENDER, in her individual and professional capacities,
STEVE SCHMIDT, in his individual and professional capacities,
SEAN SMITH, in his individual and professional capacities,
MARTIN PETRIK, in his individual and professional capacities,
ROBERT PHIPPEN, in his individual and professional capacities,
CHARLES HAMBY, in his individual and professional capacities,
SHELLY WILLIAMS, in her individual and professional capacities,
TODD HUTCHINS, in his individual and professional capacities,
CHRIS BURKE, in his individual and professional capacities,
MATT WEBB, in his individual and professional capacities,
BRENDA TEBRINK, in her individual and professional capacities,
LUCIA SCHIRARD, (911 Dispatch), in her individual and professional capacities,
RICHARD GRAEBER, Pine River E.M.T., in his individual and professional capacities,
PAUL KOSNIK, County Attorney, in his individual and professional capacities,
KELLIE HOTTER, Past County Commissioner, in her individual and professional capacities,
WALLY WHITE, Past County Commissioner, in his individual and professional capacities,
BOBBIE LIEB, Past and Present County Commissioner, in his individual and professional capacities,
BOARD OF COUNTY COUNTY COMMISSIONERS,
GWEN LIEB, Member of the Present Board of County Commissioners, in her individual and professional capacities,
JULIE WESTENDOR, Member of the Present Board of County Commissioners, in her individual and professional capacities, and
PHIL CAMPBELL, Head of 911 Dispatch, in his individual and professional capacities,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Motion to Request All 911 Emergency Calls Dates & Times From Phil Campbell & Lucia Schirard (Hereinafter, the "Dispatchers"), Relating to January of 2001 to the Present** [#196] (the "Motion"). Plaintiffs' Motion is premature and procedurally improper. Until a new Rule 26(f)(1) conference and a new scheduling conference is held, no party is permitted to conduct discovery. *See* Fed. R. Civ. P. 26(a)(1)(C) and (d). These conferences will be held, if necessary, after resolution of the pending Motions to Dismiss. Moreover, discovery is not conducted by filing motions with the Court. This is another illustration of why Plaintiffs would have been better off with counsel to represent them in this action. Federal court litigation is complex and pro se litigants face significant challenges in prosecuting their cases. Pro bono counsel was a benefit that Plaintiffs needlessly squandered. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#196] is **DENIED**.

Dated: December 18, 2013