**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02172-CMA-KLM

BONNER ROBINETTE, and
SHIRLEY ROBINETTE,

    Plaintiffs,

v.

BOBBIE FENDER, in his individual and professional capacities,
AMBER FENDER, in his individual and professional capacities,
STEVE SCHMIDT, in his individual and professional capacities,
CHARLES HAMBY, in his individual and professional capacities, and
SEAN SMITH, in his individual and professional capacities,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion for Summary Judgment of Judge Christine M. Arguello entered on February 19, 2015 it is

ORDERED that Defendants' Motion for Summary Judgment (Doc. # 237) is GRANTED. Accordingly, this case is DISMISSED WITH PREJUDICE.

    Dated at Denver, Colorado this 19th day of February, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Sandra Hartmann

Sandra Hartmann
Deputy Clerk